IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KRISTIN KREKELER,**

    **Plaintiff,**

V.

    **CASE NO. C2-10-556**
    **JUDGE EDMUND A. SARGUS, JR.**
    **MAGISTRATE JUDGE TERENCE P. KEMP**

**AMERICAN UNITED LIFE**
**INSURANCE COMPANY,**

    **Defendant.**

## ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

\_\_8-21-2012\_\_
**DATE**

_____
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**